**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

BRYCE WOODS                                                                                    PLAINTIFF
ADC #150633

V.                                            2:16CV00127 JM/PSH

ARKANSAS DEPARTMENT
OF CORRECTION *et al*                                                                  DEFENDANTS

### PROPOSED FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following Proposed Findings and Recommendation have been sent to United States

District Judge James M. Moody Jr.  You may file written objections to all or part of this

Recommendation.  If you do so, those objections must:  (1) specifically explain the factual and/or

legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14)

days of this Recommendation.  By not objecting, you may waive the right to appeal questions of

fact.

### DISPOSITION

Plaintiff Bryce Woods, an inmate at the Arkansas Department of Correction's (ADC) East

Arkansas Regional Unit, filed a *pro se* complaint on September 22, 2016, raising a variety of vague

and unrelated claims, including a challenge to the conditions of his confinement, discrimination, and

inadequate medical care.  The complaint named only the ADC and two prison units as defendants.

On September 27, 2016, the Court entered an order directing Woods to file an amended complaint

which included only related claims against appropriate defendants.  Doc. No. 2.  That order directed

Woods to also include a short statement of the specific role each defendant had in the alleged

constitutional violations.

On October 13, 2016, Woods filed an amended complaint that is in violation of the Court's order to include only related claims.  Indeed, Woods' amended complaint contains claims relating to harassment, retaliation, discrimination, violation of his "right" to talk to the news media, slander, inadequate medical care, inadequate security, failure to process grievances, and denial of yard time. Woods also claims he is being improperly denied parole.  Some of the issues raised in Woods' complaint have been raised in another complaint: *Woods v. McGowan*, ED/AR No. 1:14CV00077.

Woods' 27 page amended complaint is also in violation of FED.R.CIV.P. 8(a) and (d), which specify that a complaint must contain a "short and plain statement" showing that the plaintiff is entitled to relief and that the averments set forth therein must be "simple, concise, and direct."  *See also Trobaugh v. Hyatt*, 125 Fed.Appx. 755 (8th Cir. 2005) (unpublished per curiam) (explaining that *pro se* inmates must comply with the pleading requirements set forth in Fed.R.Civ.P. 8; *Chandler v. Pogue*, 56 Fed.Appx. 756 (8th Cir. 2003) (unpublished per curiam) (holding that a trial court did not abuse its discretion when it dismissed a *pro se* inmate's complaint for failing to comply with Fed.R.Civ.P. 8 and 10).

Additionally, Woods cannot defeat the filing fee requirements set forth in the Prison Litigation Reform Act, 28 U.S.C. § 1915, by joining in one lawsuit a multitude of unrelated and legally distinct claims involving different defendants, time periods, and units.  Given the complex and confusing nature of Woods' unrelated claims, the Court cannot complete the screening process mandated by 28 U.S.C. § 1915A, nor will it be possible for the parties to complete discovery, file appropriate motions, or present this case to a jury in a coherent manner.  Accordingly, Woods' complaint should be dismissed without prejudice for failure to comply with FED.R.CIV.P. 8(a) and

(d), and the Court's order.  If Woods wishes to pursue the claims he has raised in his lawsuit, he may file individual cases.

IT IS THEREFORE RECOMMENDED THAT:

1.      Plaintiff Bryce Woods' complaint be DISMISSED WITHOUT PREJUDICE.

2.      The Court certify that an *in forma pauperis* appeal from this order or any judgment entered hereunder, would not be taken in good faith.

DATED this 31st day of October, 2016.

_____
UNITED STATES MAGISTRATE JUDGE