# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

BRYCE WOODS                                                                                    PLAINTIFF
ADC #150633

V.                              NO: 2:16CV00127 JM

ARKANSAS DEPARTMENT
OF CORRECTION *et al*                                                                DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff Bryce Wood's complaint is DISMISSED WITHOUT PREJUDICE.

2. The Court certifies that an *in forma pauperis* appeal taken from this order or any judgment entered hereunder, would not be taken in good faith.

DATED this 17th day of November, 2016.

_____
UNITED STATES DISTRICT JUDGE